IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHICON LLC,<br>ETHICON ENDO-SURGERY, INC. and<br>ETHICON US, LLC,<br><br>            Plaintiffs,<br><br>       v.<br><br>INTUITIVE SURGICAL, INC.,<br>INTUITIVE SURGICAL OPERATIONS,<br>INC. and INTUITIVE SURGICAL<br>HOLDINGS, LLC,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 18-1325(LPS)<br>)<br>)   REDACTED - PUBLIC VERSION<br>)<br>)   Original Filing Date: March 12, 2019<br>)   Redacted Filing Date: March 19, 2019<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiffs Ethicon LLC, Ethicon Endo-Surgery, Inc., and Ethicon US LLC (collectively, "Ethicon") hereby move for leave to file a first amended complaint against Defendants Intuitive Surgical, Inc., Intuitive Surgical Operations, Inc., and Intuitive Surgical Holdings, LLC (collectively "Intuitive"). Ethicon's proposed First Amended Complaint adds infringement allegations based on two additional patents, U.S. Patent No. 9,844,379 and U.S. Patent No. 8,479,969, and removes infringement allegations based on U.S. Patent No. 9,326,770. The grounds for this motion are provided in the letter brief filed herewith.[1]

Attached to this Motion as Exhibit 1 is Ethicon's proposed First Amended Complaint, and attached as Exhibit 2 is a blackline comparison between Ethicon's proposed First Amended Complaint and the Complaint (D.I. 1) in this case.

---

[1] Pursuant to D. Del. LR 7.1.1, Ethicon avers that a reasonable effort has been made to reach agreement with Intuitive on this motion, including oral communication involving Delaware counsel for the respective parties, but no agreement could be reached.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Elizabeth Stotland Weiswasser<br>Anish R. Desai<br>WEIL GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>(212) 310-8000<br><br>Diane P. Sullivan<br>WEIL GOTSHAL & MANGES, LLP<br>17 Hulfish Street, Suite 201<br>Princeton, NJ  08542<br>(609) 986-1120<br><br>Christopher T. Marando<br>Christopher M. Pepe<br>Matthew David Sieger<br>WEIL GOTSHAL & MANGES, LLP<br>2001 M Street NW, Suite 600<br>Washington, DC  20036<br>(202) 682-7000<br><br>March 12, 2019 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Brian P. Egan*<br><br>_____<br>Jack B. Blumenfeld (#1014)<br>Brian P. Egan (#6227)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>began@mnat.com<br><br>*Attorneys for Plaintiffs* |