# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ETHICON LLC, | ) | |
| ETHICON ENDO-SURGERY, INC., AND | ) | |
| ETHICON US, LLC. | ) | |
| | ) | C.A. No. 18-1325-LPS-CJB |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| INTUITIVE SURGICAL, INC., INTUITIVE | ) | **FILED UNDER SEAL** |
| SURGICAL OPERATIONS, INC., AND | ) | |
| INTUITIVE SURGICAL HOLDINGS, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Ethicon LLC, Ethicon Endo-Surgery, Inc., and Ethicon US, LLC (collectively "Ethicon" or "Plaintiffs") file this Complaint for patent infringement against Defendants Intuitive Surgical, Inc., Intuitive Surgical Operations, Inc., and Intuitive Surgical Holdings, LLC (collectively, "Defendants"), and allege as follows:

### Nature of the Action

1.     This is an action for infringement of United States Patent Nos 9,844,369 ("the 369 Patent"), 7,490,749 ("the 749 Patent"), 8,602,288 ("the 288 Patent"), 8,602,287 ("the 287 Patent"), 9,844,379 ("the 379 Patent"), and 8,479,969 ("the 969 Patent") (collectively, "the Asserted Patents") under the United States Patent Laws, 35 U.S.C. § 1 *et seq.*

2.     Ethicon brings this action against Defendants because of their systematic infringement of Ethicon's valuable patent rights.  In addition to seeking damages for Defendants' infringement of Ethicon's patent rights, Ethicon seeks to enjoin Defendants' continued infringement.

## The Parties

3.      Plaintiff Ethicon LLC (f/d/b/a as Ethicon Endo-Surgery, LLC) is a limited liability company organized under the laws of the State of Delaware, having its headquarters and principal place of business at 475 Street C, Los Frailes Industrial Park, Guaynabo, PR 00969.

4.      Plaintiff Ethicon Endo-Surgery, Inc. is a corporation organized under the laws of Ohio having its headquarters and principal place of business at 4545 Creek Road, Cincinnati, OH 45242.

5.      Plaintiff Ethicon US, LLC is a limited liability company organized under the laws of Texas having its headquarters and principal place of business at 4545 Creek Road, Cincinnati 45242.  Ethicon US, LLC is a wholly-owned subsidiary of Ethicon Endo-Surgery, Inc.

6.      Ethicon is a leading designer, manufacturer, and provider of innovative medical devices for surgical procedures, including its ECHELON FLEX™ endocutters and ECHELON ENDOPATH™ reload cartridges.

7.      Defendant Intuitive Surgical Inc. is a corporation organized under the laws of the State of Delaware, with its principal place of business at 1266 Kifer Road, Building 101, Sunnyvale, CA 94086.

8.      Defendant Intuitive Surgical Operations, Inc. is a privately held corporation organized under the laws of the State of Delaware, with its principal place of business at 1020 Kifer Rd, Sunnyvale, CA 94086.

9.      Defendant Intuitive Surgical Operations, Inc. is a wholly-owned subsidiary of Defendant Intuitive Surgical, Inc.

10.     Defendant Intuitive Surgical Holdings, LLC is a limited liability company organized under the laws of the State of Delaware, with its principal place of business at 1020 Kifer Rd, Sunnyvale, CA 94086.

11.     Defendant Intuitive Surgical Holdings LLC is wholly-owned by Defendant Intuitive Surgical, Inc.

## Jurisdiction and Venue

12.     This is an action for patent infringement arising under the United States Patent Act, 35 U.S.C. § 1, *et seq.* This Court has subject matter jurisdiction over Ethicon's claims under 28 U.S.C. §§ 1331 and 1338(a).

13.     This Court has personal jurisdiction over Defendants at least because each Defendant is organized under the laws of the State of Delaware, and is thus a resident of Delaware.

14.     Venue is proper in this District under 28 U.S.C. § 1400(b) because Defendants reside in Delaware.

## The Asserted Patents

15.     The 369 Patent is titled "Surgical End Effectors with Firing Element Monitoring Arrangements" and was issued by the USPTO on December 19, 2017.  Ethicon LLC is the owner by assignment of the entire right, title and interest in and to the 369 Patent.  Ethicon LLC has exclusively licensed Ethicon Endo-Surgery, Inc. to sell products in the United States that would infringe the 369 Patent absent a license. Ethicon Endo-Surgery, Inc. has exclusively sublicensed that right to Ethicon US, LLC.  A true and correct copy of the 369 Patent is attached hereto as Exhibit A.

16.     The 749 Patent is titled "Surgical Stapling and Cutting Instrument with Manually Retractable Firing Member," and was issued by the USPTO on February 17, 2009.  Ethicon LLC is the owner by assignment of the entire right, title and interest in and to the 749 Patent.  Ethicon LLC has exclusively licensed Ethicon Endo-Surgery, Inc. to sell products in the United States that would infringe the 749 Patent absent a license. Ethicon Endo-Surgery, Inc. has exclusively

3

sublicensed that right to Ethicon US, LLC.  A true and correct copy of the 749 Patent is attached hereto as Exhibit B.

17.     The 288 Patent is titled "Robotically-Controlled Motorized Surgical End Effector System With Rotary Actuated Closure Systems Having Variable Actuation Speeds," and was issued by the USPTO on December 10, 2013.  Ethicon LLC is the owner by assignment of the entire right, title and interest in and to the 288 Patent.  Ethicon LLC has exclusively licensed Ethicon Endo-Surgery, Inc. to sell products in the United States that would infringe the 288 Patent absent a license. Ethicon Endo-Surgery, Inc. has exclusively sublicensed that right to Ethicon US, LLC.  A true and correct copy of the 288 Patent is attached hereto as Exhibit C.

18.     The 287 Patent is titled "Motor Driven Surgical Cutting Instrument," and was issued by the USPTO on December 10, 2013.  Ethicon LLC is the owner by assignment of the entire right, title and interest in and to the 287 Patent.  Ethicon LLC has exclusively licensed Ethicon Endo-Surgery, Inc. to sell products in the United States that would infringe the 287 Patent absent a license. Ethicon Endo-Surgery, Inc. has exclusively sublicensed that right to Ethicon US, LLC.  A true and correct copy of the 287 Patent is attached hereto as Exhibit D.

19.     The 379 Patent is titled "Surgical Stapling Instrument Having a Clearanced Opening," and was issued by the USPTO on December 19, 2017.  Ethicon LLC is the owner by assignment of the entire right, title and interest in and to the 379 Patent.  Ethicon LLC has exclusively licensed Ethicon Endo-Surgery, Inc. to sell products in the United States that would infringe the 379 Patent absent a license. Ethicon Endo-Surgery, Inc. has exclusively sublicensed that right to Ethicon US, LLC.  A true and correct copy of the 379 Patent is attached hereto as Exhibit E.

20.     The 969 Patent is titled "Drive Interface for Operably Coupling a Manipulatable Surgical Tool to a Robot," and was issued by the USPTO on July 9, 2013. Ethicon LLC is the owner by assignment of the entire right, title and interest in and to the 969 Patent. Ethicon LLC has exclusively licensed Ethicon Endo-Surgery, Inc. to sell products in the United States that would infringe the 969 Patent absent a license. Ethicon Endo-Surgery, Inc. has exclusively sublicensed that right to Ethicon US, LLC. A true and correct copy of the 969 Patent is attached hereto as Exhibit F.

### Surgical Staplers and Endocutters

21.     Ethicon designs and sells a variety of surgical stapling instruments, including endocutters.  An endocutter is an instrument that both cuts and staples tissue.  An endocutter can be used in place of traditional scalpel-and-suture techniques, and is therefore useful in a wide variety of surgical procedures.  Endocutters are particularly useful in laparoscopic surgery (also referred to as minimally invasive surgery).

22.     Ethicon is a market leader in developing endocutter technology.  Ethicon introduced its first endocutter in 1996.  In 2011, Ethicon introduced to the market its first motor-powered endocutter—the ECHELON FLEX™ Powered ENDOPATH® Stapler.  Ethicon's motor-powered endocutters dramatically reduce the force required to operate an endocutter, thereby minimizing unwanted movement of the device during procedures that could result in increased tissue trauma.  In 2014, Ethicon introduced its ECHELON FLEX™ Stapler with Gripping Surface Technology (GST), which greatly reduces tissue slippage while firing the stapler.

23.     Ethicon designs, manufactures, and sells several endocutter products, including both powered and non-powered endocutters.  In addition, Ethicon offers endocutter products that produce staple lines of different lengths.  For example, the ECHELON FLEX™ Powered Vascular

5

Stapler produces a staple line that is approximately 35 mm long, and is designed for use in vascular applications.  Ethicon's ECHELON FLEX™ Powered ENDOPATH® Stapler is offered in models that produce a 45 mm or 60 mm staple line, and can be used in a variety of surgeries, including but not limited to thoracic, bariatric, and colorectal procedures.  Ethicon's 60 mm staple line endocutter products are the market leader for use in bariatric procedures.

24.     Defendants first released an endocutter, the *EndoWrist* Stapler 45, for the *da Vinci Si* surgical system in 2013.  Defendants subsequently released an *EndoWrist* Stapler 45 and *EndoWrist* Stapler 30 for the *da Vinci X* and *Xi* surgical system.  These products are the subject of a patent infringement action between Ethicon and Defendants pending in this Court (C.A. No. 17-871 (LPS) (CJB)).  In July 2018, Defendants received FDA clearance to market the SureForm 60, which is a 60mm endocutter, in the United States for the *da Vinci X* and *Xi* surgical system.  Upon information and belief, Defendants are currently making, using, offering for sale and selling the SureForm 60 in the United States.  *See* https://www.intuitivesurgical.com/davinci-sureform-60/.

## Background of the Accused Products

25.     ***Da Vinci* Surgical Systems.**  Defendants make, use, sell, offer for sale, and/or import products under the *da Vinci* Surgical System brand that includes surgical instrument technology.  These products include, but are not limited to, the *da Vinci X* and *Xi* Surgical Systems, and other similar products that include the infringing features.

26.     **SureForm 60 and SureForm 60 reloads.**  Upon information and belief, Defendants make, use, sell, offer for sale, and/or import the SureForm 60 endocutter in the United States. Defendants describe the SureForm 60 as a device that "when used with the compatible SureForm 60 reloads, delivers multiple rows of staples and transects the tissue along the middle of the staple line."  *da Vinci Xi* and *da Vinci X* SureForm 60 User Manual Addendum (hereinafter "SureForm 60 Manual") at 9.

27. The Accused SureForm 60, alone or in combination with the *da Vinci Xi* and *X* Surgical Systems, infringes the Asserted Patents.  As a result of Defendants' infringement and the threat of its continued infringement, Ethicon faces a substantial risk of irreparable harm.

### Count I – Infringement of the 369 Patent

28. Ethicon incorporates by reference the allegations in paragraphs 1-27 above.

29. Claim 22 of the 369 Patent states as follows:

22. A surgical end effector, comprising:

an elongate channel including a bottom including a proximal end and a distal end, the elongate channel being configured to operably support a staple cartridge therein;

a firing element configured to translate between a first position adjacent the proximal end of the bottom of the elongate channel and an ending position adjacent the distal end of the bottom of the elongate channel, the firing element including a vertical portion and at least one laterally extending lower foot;

an internal passage extending within the elongate channel and configured to receive the at least one laterally extending lower foot when the firing element moves between the first position and ending position;

a proximal channel opening through the proximal end of the bottom of the elongate channel to facilitate viewing of the firing element therethrough when the firing element is in the first position, the proximal channel opening sized to receive therein the at least one laterally extending lower foot on the firing element; and

means for guiding the at least one lower foot on the firing element out of the proximal channel opening into the internal passage upon initial application of a firing motion to the firing element.

30. Defendants directly infringe at least claim 22 of the 369 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, selling, offering to sell, using, and/or importing the SureForm 60 and SureForm 60 Reloads for use with the *da Vinci X* and *Xi* surgical systems.

31.    The SureForm 60 includes a surgical end effector.  The end effector includes a reload channel that has a proximal end and a distal end and the reload channel is configured to operably support a SureForm 60 Reload, which is a staple cartridge.



*Figure 1.2 Stapler (reload installed)*

SureForm 60 Manual at p. 11



SureForm 60 Manual at p. 15

32.    The SureForm 60 includes an I-beam, which is a firing element configured to translate between a first position adjacent the proximal end of the bottom of the reload channel and an ending position adjacent the distal end of the elongate channel.



SureForm 60 Manual at p. 11

33.     The I-beam includes a vertical portion and at least one laterally extending lower foot, and the SureForm 60 includes an internal passage extending within the reload channel to receive at least one laterally extending foot of the I-beam when the I-beam moves between a first position and an ending position.



https://www.intuitivesurgical.com/davinci-sureform-60/

34.     The SureForm 60 includes a proximal channel opening through the proximal end of the elongate channel to facilitate viewing of the I-beam therethrough when the I-beam is in the

first position, and the proximal channel opening is sized to receive therein the at least one laterally extending lower foot of the I-beam.



SureForm 60 Manual at p. 34

35.     The SureForm 60 includes means for guiding the at least one lower foot on the I-beam out of the proximal channel opening into the internal passage upon initial application of a firing motion.

36.   Defendants' infringement of the 369 Patent has injured Ethicon in its business and property rights.  Ethicon is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. ¶ 284 in an amount to be determined at trial.

37.   Defendants' infringement of the 369 Patent has caused irreparable harm to Ethicon and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

## Count II – Infringement of the 749 Patent

38.   Ethicon incorporates by reference the allegations in paragraphs 1-27 above.

39.   Claim 1 of the 749 Patent states as follows:

1. A surgical instrument, comprising:

a handle assembly;

an end effector for performing a surgical operation, said end effector operably coupled to said handle assembly and operably supporting a firing member that is movable from a retracted position to a fired position in response to a longitudinal firing motion applied thereto;

a firing drive supported by said handle assembly and configured to selectively generate said longitudinal firing motion upon actuation of a firing trigger operably coupled to said handle assembly; and

a retraction assembly supported by said handle assembly and interfacing with said firing drive such that manual actuation of said retraction assembly causes said firing drive to generate a sole retraction motion which is communicated to said firing member to cause said firing member to move from said fired position to said retracted position.

40.   Defendants directly infringe at least claims 1 and 3 of the 749 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, selling, offering to sell, using, and/or importing the SureForm 60 and SureForm 60 Reloads for use with the *da Vinci X* and *Xi* surgical systems.

41.   The SureForm 60 used with the *da Vinci* system is a surgical instrument.

42.     The SureForm 60 includes a handle assembly.  For example, the SureForm 60 includes a housing that is held when using the Manual Release Knob to open the jaws and when installing the SureForm 60 onto the Instrument Arm.



1.  Before installing a reload, ensure that the stapler jaws are fully open. If jaws are closed, gently turn the Manual Release Knob in a counterclockwise direction until jaws are fully open (Figure 2.1).

*Figure 2.1 Open the jaws with Manual Release Knob*

SureForm 60 Manual at p. 15



**Install onto Instrument Arm**

ℹ️ **Note: For visibility of system hardware, this section presents images of the Patient Cart arm without sterile drapes.**

Always use two hands when installing the stapler; one hand holding the jaws closed and the other supporting the housing of the stapler. Insert the instrument tip into the cannula and slide the instrument housing into the sterile adapter.

*Figure 2.6 Inserting the instrument into the cannula and sterile adapter*

SureForm 60 Manual at p. 17



SureForm 60 Brochure at p. 3

43.     The SureForm 60 includes an end effector for performing a surgical operation

(staple and cut tissue) that is operably coupled to the handle assembly.



SureForm 60 Manual at p. 11

44.     The SureForm 60 includes an end effector that operably supports an I-beam that is

movable from a retracted position to a fired position in response to a longitudinal firing motion

applied thereto.



SureForm 60 Manual at p. 11

45.     The SureForm 60 includes a firing drive supported in the handle assembly for selectively generating a longitudinal firing motion upon actuation of a firing trigger operably coupled to the handle assembly.



SureForm 60 Manual at p. 19

46.     The SureForm 60 includes a retraction assembly supported by the handle assembly that interfaces with the I-beam such that actuation of the Manual Release Knob causes the firing

drive to generate a sole retraction motion that is communicated to the I-beam to cause the I-beam to move from the fired position to the retracted position.



Figure 3.10 Rotate the Manual Release Knob

SureForm 60 Manual at p. 33

47.     The SureForm 60 includes a grip motion for opening and closing the jaws to grasp tissue.  The grip motion is implemented via a drive supported in the handle assembly that generates opening and closing motions.

---

**Articulation Overview**

The stapler allows the *da Vinci* surgeon to position, clamp, and fire (simultaneously staple and cut) target tissue using the *da Vinci* System.

The stapler features fully-wristed articulation with grip, full roll and extensive up-and-down and left-to-right range of motion up to 60 degrees in each direction (Figure 1.1). First-time users should become familiar with the stapler's long jaws and their full range of motion characteristics before clinical use.

SureForm 60 Manual at p. 9

---

1. Position the stapler jaws across the target tissue. Load target tissue between the cut boundaries. Squeeze the hand control to grasp the target tissue. Make sure the jaws are not in contact with non-target tissue. If necessary, open the hand control to reposition the jaws before applying clamp.

SureForm 60 Manual at 19

48.     The SureForm 60 includes an elongate shaft assembly that is configured to transfer the opening and closing grip motions, firing motion, and the manual retraction motion.

49.     Defendants' infringement of the 749 Patent has injured Ethicon in its business and property rights.  Ethicon is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. ¶ 284 in an amount to be determined at trial.

50.     Defendants' infringement of the 749 Patent has caused irreparable harm to Ethicon and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

## Count III – Infringement of the 288 Patent

51.     Ethicon incorporates by reference the allegations in paragraphs 1-27 above.

52.     Claim 10 of the 288 Patent states as follows:

10. A surgical tool for use with a robotic system that has a tool drive assembly that is operatively coupled to a control unit of the robotic system that is operable by inputs from an operator, said surgical tool comprising:

a surgical end effector comprising at least one component portion that is selectively movable between first and second positions relative to at least one other component portion thereof; and

an elongated shaft assembly operably coupled to said surgical end effector, said elongated shaft assembly comprising:

an axially movable portion in operable communication with said at least one selectively movable component portion of said surgical end effector; and

a rotatably movable portion in operable engagement with said axially movable portion wherein an initial rotation of said rotatably movable portion causes said axially movable portion to move said selectively movable component portion of said surgical end effector from said first position into an intermediate position at a first rate, wherein a subsequent rotation of said rotatably movable portion in a same direction causes said axially movable portion to move said selectively movable component portion of said surgical end effector from said intermediate position to said second position at a second rate, and wherein said first rate is greater than said second rate.

53.     Defendants directly infringe at least claim 10 of the 288 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, selling, offering to sell, using, and/or importing the SureForm 60 and SureForm 60 Reloads for use with the *da Vinci X* and *Xi* surgical systems.

54.     The SureForm 60 and SureForm 60 Reloads used with the *da Vinci X* and *Xi* surgical systems is a surgical tool for use with a robotic system.  The *da Vinci X* and *Xi* surgical systems include a tool drive assembly that is operatively coupled to a control unit operable by inputs from an operator:





*Xi Patient Cart with Instrument Arms*                    *Xi Surgeon Console*

17

55.     The SureForm 60 includes a surgical end effector that comprises a reload channel that is selectively moveable between first and second positions relative to the anvil.  The SureForm 60 also includes an elongate shaft assembly operably coupled to the surgical end effector.



SureForm 60 Manual at p. 11

56.     The SureForm 60 includes an axially moveable portion that comprises an I-beam, which is in operable communication with at least the reload channel of the end effector.

18



SureForm 60 Manual at p. 11



https://www.intuitivesurgical.com/davinci-sureform-60/

57.     The SureForm 60 includes a rotatably moveable portion in operable engagement with the I-beam wherein an initial rotation of the rotatably moveable portion causes the I-beam to move the reload channel from a first position into an intermediate position at a first rate to grasp tissue.

**Articulation Overview**

The stapler allows the *da Vinci* surgeon to position, clamp, and fire (simultaneously staple and cut) target tissue using the *da Vinci* System.

The stapler features fully-wristed articulation with grip, full roll and extensive up-and-down and left-to-right range of motion up to 60 degrees in each direction (Figure 1.1). First-time users should become familiar with the stapler's long jaws and their full range of motion characteristics before clinical use.

SureForm 60 Manual at p. 9

19

> 1. Position the stapler jaws across the target tissue. Load target tissue between the cut boundaries. Squeeze the hand control to grasp the target tissue. Make sure the jaws are not in contact with non-target tissue. If necessary, open the hand control to reposition the jaws before applying clamp.

SureForm 60 Manual at 19

58.     A subsequent rotation of the rotatably moveable portion in the same direction causes the I-beam to move the reload channel from the intermediate position to a second position at a second rate to clamp tissue.

> 2. **Clamp:** To clamp tissue, press and **hold** the associated blue pedal while holding the hand control closed. Figure 2.10 shows on the 3D viewer and touchscreen that clamping is occurring. To complete clamping, hold down the associated blue pedal and hold the hand control closed until an audible tone sounds, and the "Ready to Fire" message is displayed (Figure 2.11). Before the audible tone sounds and the "Ready to Fire" message appears, lifting foot off the associated blue pedal or opening the hand control will cause the stapler to unclamp.

SureForm 60 Manual at p. 19

59.     The first rate of movement of the reload channel during the grip motion is greater than second rate of movement of the reload channel during the clamp motion.

60.     Defendants' infringement of the 288 Patent has injured Ethicon in its business and property rights.  Ethicon is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. ¶ 284 in an amount to be determined at trial.

61.     Defendants' infringement of the 288 Patent has caused irreparable harm to Ethicon and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

## Count IV – Infringement of the 287 Patent

62.     Ethicon incorporates by reference the allegations in paragraphs 1-27 above.

63.     Claim 13 of the 287 Patent states as follows:

13. A surgical instrument, comprising:

an end effector comprising a firing element, wherein the firing element is configured to move along a firing path, and wherein the firing path comprises:

an initial position; and

an end-of-stroke position;

an electric motor, wherein the electric motor drives the firing element in a first direction along the firing path when the electric motor is rotated in a first rotational direction; and

a control circuit for controlling the electric motor, wherein the control circuit is configured to switch between a plurality of operational modes during rotation of the electric motor in the first rotational direction, and wherein the plurality of operational modes comprises:

a first operational mode, wherein the control circuit operates in the first operational mode when the firing element is positioned within a first range of positions along the firing path, wherein the first range of positions is positioned between the initial position and a second range of positions, and wherein a first amount of current is supplied to the electric motor during the first operational mode; and

a second operational mode, wherein the control circuit operates in the second operational mode when the firing element is positioned within the second range of positions along the firing path, wherein the second range of positions is positioned between the first range of positions and the end-of-stroke position, wherein a second amount of current is supplied to the electric motor during the second operational mode, and wherein the second amount of current is greater than the first amount of current.

64.      Defendants directly infringe at least claims 13 and 15 of the 287 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, selling, offering to sell, using, and/or importing the SureForm 60 and SureForm 60 Reloads for use with the *da Vinci X* and *Xi* surgical systems.

65.      The SureForm 60 and SureForm 60 Reloads used with the *da Vinci X* and *Xi* surgical systems is a surgical instrument.

66.      The SureForm 60 includes an end effector comprising an I-beam, wherein the I-beam is configured to move along a firing path, wherein the firing path comprises an initial position and an end-of-stroke position:

21



SureForm 60 Manual at p. 11



https://www.intuitivesurgical.com/davinci-sureform-60/

67.   The SureForm 60 used with the *da Vinci X* and *Xi* system includes an electric motor.  The electric motor is coupled to at least one the rotary discs to drive the I-beam in a first direction when electric motor is rotated in a first rotational direction.  The screenshots below illustrate I-beam movement in a first direction.



https://www.intuitivesurgical.com/davinci-sureform-60/

68.     The SureForm 60 used with the *da Vinci X* and *Xi* system includes a control circuit for controlling the electric motor to switch between a plurality of operational modes during rotation of the electric motor in the first rotational direction.

**Clamp and Fire Instructions**

When ready to clamp, follow these instructions:

1.  Position the stapler jaws across the target tissue. Load target tissue between the cut boundaries. Squeeze the hand control to grasp the target tissue. Make sure the jaws are not in contact with non-target tissue. If necessary, open the hand control to reposition the jaws before applying clamp.

2.  **Clamp:** To clamp tissue, press and **hold** the associated blue pedal while holding the hand control closed. Figure 2.10 shows on the 3D viewer and touchscreen that clamping is occurring. To complete clamping, hold down the associated blue pedal and hold the hand control closed until an audible tone sounds, and the "Ready to Fire" message is displayed (Figure 2.11). Before the audible tone sounds and the "Ready to Fire" message appears, lifting foot off the associated blue pedal or opening the hand control will cause the stapler to unclamp.

SureForm 60 Manual at p. 19

23

> 3. **Fire (Staple and Cut):** Press and hold the associated yellow pedal for three seconds to staple and cut the target tissue. The system emits an audible tone and counts down on screen **"3-2-1"** before firing starts (Figure 2.13). This provides the chance to release the associated yellow pedal during countdown and prevent firing. When the 3-2-1 countdown completes, the instrument fires; at this point, firing – both staple and cut – continues to completion even if the associated yellow pedal is released. The progress bar shows firing progress and the system plays the firing sound through both the Surgeon Console and the Patient Cart.

SureForm 60 Manual at p. 21

69.     When the I-beam is between the initial position and a second range of positions along the firing path shown in the screenshots below, the control circuit for controlling the motor operates in a first operational mode and a first amount of current is supplied to the electric motor.

 

https://www.intuitivesurgical.com/davinci-sureform-60/

70.     When the I-beam is between the second range of positions and an end-of-stroke position along the firing path shown in the screenshots below, the control circuit for controlling the motor operates in a second operational mode and a second amount of current is supplied to the electric motor, wherein the second amount of current is greater than the first amount of current.

 

https://www.intuitivesurgical.com/davinci-sureform-60/

24

71.     The control circuit controls the electric motor to rotate in a second rotational direction different from the first rotational direction to move the I-beam in a second direction along the firing path shown in the screenshots below.  The second direction (proximal) is different from the first direction (distal).

 

https://www.intuitivesurgical.com/davinci-sureform-60/

72.     Defendants' infringement of the 287 Patent has injured Ethicon in its business and property rights.  Ethicon is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. ¶ 284 in an amount to be determined at trial.

73.     Defendants' infringement of the 287 Patent has caused irreparable harm to Ethicon and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

**Count V – Infringement of the 379 Patent**

74.     Ethicon incorporates by reference the allegations in paragraphs 1-27 above.

75.     Claim 3 of the 379 Patent states as follows:

3. A stapling assembly, comprising:

a first jaw;

a second jaw, wherein said first jaw is rotatable relative to said second jaw;

a detachable cartridge portion comprising a plurality of staples;

an anvil configured to deform said staples; and

a staple firing member comprising a first cam configured to engage said first jaw and a second cam configured to engage said second jaw when said staple firing member is advanced from an initial position, and wherein said first jaw comprises a clearanced opening configured to receive said first cam when said staple firing member is in said initial position such that said first cam is not engaged with said first jaw when said staple firing member is in said initial position; and

a lockout configured to block the advancement of said staple firing member when said detachable cartridge portion is not attached to said stapling assembly.

76.     Defendants directly infringe at least claim 3 of the 379 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, selling, offering to sell, using, and/or importing the SureForm 60 and SureForm 60 Reloads for use with the *da Vinci X* and *Xi* surgical systems.

77.     The SureForm 60 and SureForm 60 Reloads used with the *da Vinci X* and *Xi* surgical systems is a stapling assembly.

**1.7 Device Description**

The SureForm 60, when used with the compatible SureForm 60 reloads, delivers multiple rows of staples and transects the tissue along the middle of the staple line. The SureForm 60 and the SureForm 60 reloads (available in various sizes) are single-use/disposable devices.

SureForm 60 Manual at p. 9

78.     The SureForm 60 includes an end effector cartridge assembly comprising an anvil configured to deform staples and a reload channel, wherein the reload channel is rotatable relative to the anvil.



*Figure 1.2 Stapler (reload installed)*

SureForm 60 Manual at p. 11

**Stapler:** The stapler includes the jaws (anvil and reload channel), shaft, and instrument housing (Figure 1.2). The functions of the stapler are initiated by the hand controls (master grips) and the associated pair of foot pedals on the Surgeon Console. The stapler provides fully-wristed articulation with grip, full roll, and extensive up-and-down and left-to-right range of motion used to position the jaws across the target tissue (Figure 1.1). Additionally, the clamp feature, which is the same motion as grip, provides higher compression on the tissue than grip before staple firing. The fire feature simultaneously activates stapling and cutting of tissue with a knife blade. The Reload Channel holds the SureForm 60 reload, and the anvil contains features that form the staples to capture tissue.

SureForm 60 Manual at p. 10

79.     The SureForm 60 includes a reload channel in which SureForm 60 Reloads are installed.  A SureForm 60 Reload is a detachable cartridge portion comprising a plurality of staples.

4.   With the retainer in place, hold the reload by the distal (tapered) end (Figure 2.2).



*Figure 2.2 Reload with staple retainer in place*

SureForm 60 Manual at p. 15

27

| Table 1-2 SureForm 60 Reload Specifications | | | | | | | |
|---|---|---|---|---|---|---|---|
| Reload | Component Name | Part Number (PN) | Reload Length (mm) | Staple Leg Length (mm) | Closed Staple Height (mm) | Number of Staples | Total Number of Staggered Staple Rows |
| | SureForm 60 White Reload | PN 48360W | 60 | 2.5 | 1.0 | 90 | 6 |
| | SureForm 60 Blue Reload | PN 48360B | 60 | 3.5 | 1.5 | 90 | 6 |
| | SureForm 60 Green Reload | PN 48360G | 60 | 4.3 | 2.0 | 90 | 6 |
| | SureForm 60 Black Reload | PN 48360T | 60 | 4.6 | 2.3 | 90 | 6 |

SureForm 60 Manual at p. 13

80.     The SureForm 60 includes an I-beam, which is a staple firing member element comprising a first cam configured to engage the reload channel and a second cam configured to engage the anvil when the I-beam is advanced from an initial position.



SureForm 60 Manual at p. 11



81.     The SureForm 60 includes a reload channel with a clearance opening configured to receive the first cam when the I-beam is in the initial position such that the first cam is not engaged with the reload channel when the I-beam is in the initial position.

28



82.    The SureForm 60 includes a lockout configured to block advancement of the I-beam when a SureForm 60 Reload is not attached to the reload channel.



83.     Defendants' infringement of the 379 Patent has injured Ethicon in its business and property rights.  Ethicon is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. ¶ 284 in an amount to be determined at trial.

84.     Defendants' infringement of the 379 Patent has caused irreparable harm to Ethicon and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

## Count VI – Infringement of the 969 Patent

85.     Ethicon incorporates by reference the allegations in paragraphs 1-27 above.

86.     Claim 24 of the 969 Patent states as follows:

24. A surgical tool for use with a robotic system that has a tool drive assembly that is operatively coupled to a control unit of the robotic system that is operable by inputs from an operator and is configured to provide at least one rotary output motion to at least one rotatable body portion supported on the tool drive assembly, said surgical tool comprising:
a surgical end effector comprising at least one component portion that is selectively movable between first and second positions relative to at least one other component portion thereof in response to control motions applied to said selectively movable component portion;

an elongated shaft assembly defining a longitudinal tool axis and comprising:

a distal spine portion operably coupled to said end effector; and

a proximal spine portion pivotally coupled to said distal spine portion at an articulation joint to facilitate articulation of said surgical end effector about an articulation axis that is substantially transverse to said longitudinal tool axis; and

at least one gear-driven portion that is in operable communication with said at least one selectively movable component portion of said surgical end effector and wherein said surgical tool further comprises:

a tool mounting portion operably coupled to a distal end of said proximal spine portion, said tool mounting portion being configured to operably interface with the tool drive assembly when coupled thereto, said tool mounting portion comprising:

a driven element rotatably supported on said tool mounting portion and configured for driving engagement with a corresponding one of the at least one rotatable body portions of the tool drive assembly to receive corresponding rotary output motions therefrom; and

a transmission assembly in operable engagement with said driven element and in meshing engagement with a corresponding one of said at least one gear-driven portions to apply actuation motions thereto to cause said corresponding one of said at least one gear driven portions to apply at least one control motion to said selectively movable component.

87.     Defendants directly infringe at least claim 24 of the 969 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, selling, offering to sell, using, and/or importing the SureForm 60 and SureForm 60 Reloads for use with the *da Vinci X* and *Xi* surgical systems.

88.     The SureForm 60 is a surgical tool for use with the *da Vinci X* and *Xi* surgical system that has a tool drive assembly that is operatively coupled to a control unit that is operable by inputs from an operator and is configured to provide at least one rotary output motion to at least one rotatable body portion supported on the tool drive assembly.

---

**Clamp and Fire Overview**

The stapler is activated from the associated pair of Surgeon Console foot pedals by applying two controls in succession: first, the associated blue pedal applies **clamp,** which compresses the tissue; then the associated yellow pedal **fires** the instrument to staple and cut target tissue, and provide additional compression. You must clamp before firing. Activate each control as described in this section. See Figure 2.9 for reference.

---

SureForm 60 Manual at p. 19



**Install onto Instrument Arm**

ⓘ **Note: For visibility of system hardware, this section presents images of the Patient Cart arm without sterile drapes.**

Always use two hands when installing the stapler; one hand holding the jaws closed and the other supporting the housing of the stapler. Insert the instrument tip into the cannula and slide the instrument housing into the sterile adapter.

*Figure 2.6 Inserting the instrument into the cannula and sterile adapter*

SureForm 60 Manual at p. 17

89.    The SureForm 60 includes a surgical end effector comprising an I-beam that is moveable between first and second positions relative at least one component portion thereof in response to control motions applied to said I-beam.



SureForm 60 Manual at p. 11



SureForm 60 Manual at p. 19

90.    The SureForm 60 includes an elongated shaft assembly defining a longitudinal axis comprising a distal spine portion coupled to the end effector and a proximal spine portion pivotally coupled to the distal spine portion at an articulation joint to facilitate articulation of the end effector about an articulation axis that is substantially transverse to the longitudinal tool axis.





**Articulation Overview**

The stapler allows the *da Vinci* surgeon to position, clamp, and fire (simultaneously staple and cut) target tissue using the *da Vinci* System.

The stapler features fully-wristed articulation with grip, full roll and extensive up-and-down and left-to-right range of motion up to 60 degrees in each direction (Figure 1.1). First-time users should become familiar with the stapler's long jaws and their full range of motion characteristics before clinical use.

SureForm 60 Manual at p. 9

91.     The SureForm 60 includes a gear-driven portion that is in operable communication with the I-beam.



92.     The SureForm 60 includes a tool mounting portion operably coupled to the distal

end of the proximal spine portion and being configured to operably interface with the tool drive

assembly when coupled thereto.



SureForm 60 Manual at p. 17

93.     The SureForm 60 includes a tool mounting portion comprising a driven element rotatably supported on the tool mounting portion and configured for driving engagement with a corresponding one of the rotatable body portions of the tool drive assembly to receive rotary output motion therefrom.



94.     The SureForm 60 includes a tool mounting portion comprising a transmission assembly in operable engagement with the driven element and in meshing engagement with the gear-driven portion to apply actuation motions thereto to cause the gear-driven portion to apply a control motion to the I-beam.



95.     Defendants' infringement of the 969 Patent has injured Ethicon in its business and property rights.  Ethicon is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. ¶ 284 in an amount to be determined at trial.

96.     Defendants' infringement of the 969 Patent has caused irreparable harm to Ethicon and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

### **PRAYER FOR RELIEF**

97.     Plaintiffs respectfully request the following relief from this Court:

(a)     Judgment that Defendants have infringed one or more claims of the 369 Patent;

(b)     Judgment that Defendants have infringed one or more claims of the 749 Patent;

(c)     Judgment that Defendants have infringed one or more claims of the 288 Patent;

(d)     Judgment that Defendants have infringed one or more claims of the 287 Patent;

(e)      Judgment that Defendants have infringed one or more claims of the 379 Patent;

(f)      Judgment that Defendants have infringed one or more claims of the 969 Patent;

(g)      Entry of a preliminary and a permanent injunction against Defendants and those in privity with them and those acting in concert with them against further infringement of the 369, 749, 288, 287, 379 and 969 Patents;

(h)      An award to Plaintiffs of damages adequate to compensate them for all infringement occurring through the date of judgment, with prejudgment interest, and for any supplemental damages as appropriate and post-judgment interest after that date;

(i)      A finding that this action for infringement is an exceptional case under 35 U.S.C. § 285 and an award to Plaintiffs of reasonable counsel fees and costs; and

(j)      An award of such other and further relief as the Court may deem just and proper.

## **DEMAND FOR TRIAL BY JURY**

98.      Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury of all issues so triable.


Dated: March 12, 2019                          Respectfully submitted,

                                               MORRIS NICHOLS ARSHT & TUNNELL LLP


OF COUNSEL:                          By:   */s/ Jack B. Blumenfeld*
                                           Jack B. Blumenfeld (#1014)
Elizabeth Stotland Weiswasser               Brian P. Egan (#6227)
Anish R. Desai                              1201 N. Market Street
WEIL GOTSHAL & MANGES LLP                   Wilmington, DE 19899
767 Fifth Avenue                            Tel: (302) 658-9200
New York, NY 10153                          jblumenfeld@mnat.com
Tel: (212) 310-8000                         began@mnat.com
elizabeth.weiswasser@weil.com
anish.desai@weil.com

Diane P. Sullivan
WEIL GOTSHAL & MANGES, LLP
17 Hulfish St
Suite 201, Princeton, NJ 08542
diane.sullivan@weil.com

Christopher T. Marando
Christopher M. Pepe
Matthew D. Sieger
WEIL GOTSHAL & MANGES, LLP
2001 M Street, N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 682-7000
christopher.marando@weil.com
christopher.pepe@weil.com
matthew.sieger@weil.com

EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ETHICON LLC,<br>ETHICON ENDO-SURGERY, INC., AND<br>ETHICON US, LLC. | ) ) ) |
| Plaintiffs, | ) C.A. No. ~~_____~~18-1325-LPS-CJB ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| INTUITIVE SURGICAL, INC., INTUITIVE<br>SURGICAL OPERATIONS, INC., AND<br>INTUITIVE SURGICAL HOLDINGS, LLC | ) **FILED UNDER SEAL** ) ) ) |
| Defendants. | ) ) |

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs Ethicon LLC, Ethicon Endo-Surgery, Inc., and Ethicon US, LLC (collectively "Ethicon" or "Plaintiffs") file this Complaint for patent infringement against Defendants Intuitive Surgical, Inc., Intuitive Surgical Operations, Inc., and Intuitive Surgical Holdings, LLC (collectively, "Defendants"), and allege as follows:

**Nature of the Action**

1.     This is an action for infringement of United States Patent Nos 9,844,369 ("the 369 Patent"), 7,490,749 ("the 749 Patent"), 8,602,288 ("the 288 Patent"), 8,602,287 ("the 287 Patent"), 9,844,379 ("the 379 Patent"), and ~~9,326,770~~8,479,969 ("the ~~770~~969 Patent") (collectively, "the Asserted Patents") under the United States Patent Laws, 35 U.S.C. § 1 *et seq.*

2.     Ethicon brings this action against Defendants because of their systematic infringement of Ethicon's valuable patent rights.  In addition to seeking damages for Defendants' infringement of Ethicon's patent rights, Ethicon seeks to enjoin Defendants' continued infringement.

1

**The Parties**

3.      Plaintiff Ethicon LLC (f/d/b/a as Ethicon Endo-Surgery, LLC) is a limited liability company organized under the laws of the State of Delaware, having its headquarters and principal place of business at 475 Street C, Los Frailes Industrial Park, Guaynabo, PR 00969.

4.      Plaintiff Ethicon Endo-Surgery, Inc. is a corporation organized under the laws of Ohio having its headquarters and principal place of business at 4545 Creek Road, Cincinnati, OH 45242.

5.      Plaintiff Ethicon US, LLC is a limited liability company organized under the laws of Texas having its headquarters and principal place of business at 4545 Creek Road, Cincinnati 45242.  Ethicon US, LLC is a wholly-owned subsidiary of Ethicon Endo-Surgery, Inc.

6.      Ethicon is a leading designer, manufacturer, and provider of innovative medical devices for surgical procedures, including its ECHELON FLEX™ endocutters and ECHELON ENDOPATH™ reload cartridges.

7.      Defendant Intuitive Surgical Inc. is a corporation organized under the laws of the State of Delaware, with its principal place of business at 1266 Kifer Road, Building 101, Sunnyvale, CA 94086.

8.      Defendant Intuitive Surgical Operations, Inc. is a privately held corporation organized under the laws of the State of Delaware, with its principal place of business at 1020 Kifer Rd, Sunnyvale, CA 94086.

9.      Defendant Intuitive Surgical Operations, Inc. is a wholly-owned subsidiary of Defendant Intuitive Surgical, Inc.

10.      Defendant Intuitive Surgical Holdings, LLC is a limited liability company organized under the laws of the State of Delaware, with its principal place of business at 1020 Kifer Rd, Sunnyvale, CA 94086.

11.     Defendant Intuitive Surgical Holdings LLC is wholly-owned by Defendant Intuitive Surgical, Inc.

### Jurisdiction and Venue

12.     This is an action for patent infringement arising under the United States Patent Act, 35 U.S.C. § 1, *et seq.* This Court has subject matter jurisdiction over Ethicon's claims under 28 U.S.C. §§ 1331 and 1338(a).

13.     This Court has personal jurisdiction over Defendants at least because each Defendant is organized under the laws of the State of Delaware, and is thus a resident of Delaware.

14.     Venue is proper in this District under 28 U.S.C. § 1400(b) because Defendants reside in Delaware.

### The Asserted Patents

15.     The 369 Patent is titled "Surgical End Effectors with Firing Element Monitoring Arrangements" and was issued by the USPTO on December 19, 2017.  Ethicon LLC is the owner by assignment of the entire right, title and interest in and to the 369 Patent.  Ethicon LLC has exclusively licensed Ethicon Endo-Surgery, Inc. to sell products in the United States that would infringe the 369 Patent absent a license. Ethicon Endo-Surgery, Inc. has exclusively sublicensed that right to Ethicon US, LLC.  A true and correct copy of the 369 Patent is attached hereto as Exhibit A.

16.     The 749 Patent is titled "Surgical Stapling and Cutting Instrument with Manually Retractable Firing Member," and was issued by the USPTO on February 17, 2009.  Ethicon LLC is the owner by assignment of the entire right, title and interest in and to the 749 Patent.  Ethicon LLC has exclusively licensed Ethicon Endo-Surgery, Inc. to sell products in the United States that would infringe the 749 Patent absent a license. Ethicon Endo-Surgery, Inc. has exclusively

sublicensed that right to Ethicon US, LLC.  A true and correct copy of the 749 Patent is attached hereto as Exhibit B.

17.     The 288 Patent is titled "Robotically-Controlled Motorized Surgical End Effector System With Rotary Actuated Closure Systems Having Variable Actuation Speeds," and was issued by the USPTO on December 10, 2013.  Ethicon LLC is the owner by assignment of the entire right, title and interest in and to the 288 Patent.  Ethicon LLC has exclusively licensed Ethicon Endo-Surgery, Inc. to sell products in the United States that would infringe the 288 Patent absent a license. Ethicon Endo-Surgery, Inc. has exclusively sublicensed that right to Ethicon US, LLC.  A true and correct copy of the 288 Patent is attached hereto as Exhibit C.

18.     The 287 Patent is titled "Motor Driven Surgical Cutting Instrument," and was issued by the USPTO on December 10, 2013.  Ethicon LLC is the owner by assignment of the entire right, title and interest in and to the 287 Patent.  Ethicon LLC has exclusively licensed Ethicon Endo-Surgery, Inc. to sell products in the United States that would infringe the 287 Patent absent a license. Ethicon Endo-Surgery, Inc. has exclusively sublicensed that right to Ethicon US, LLC.  A true and correct copy of the 287 Patent is attached hereto as Exhibit D.

19.     The 379 Patent is titled "Surgical Stapling Instrument Having a Clearanced Opening," and was issued by the USPTO on December 19, 2017.  Ethicon LLC is the owner by assignment of the entire right, title and interest in and to the 379 Patent.  Ethicon LLC has exclusively licensed Ethicon Endo-Surgery, Inc. to sell products in the United States that would infringe the 379 Patent absent a license. Ethicon Endo-Surgery, Inc. has exclusively sublicensed that right to Ethicon US, LLC.  A true and correct copy of the 379 Patent is attached hereto as Exhibit E.The 770 Patent is titled "Surgical Instrument," and was issued by the USPTO on May 3, 2016.  Ethicon LLC is the owner by assignment of the entire right, title and interest in and to the

770 Patent.  Ethicon LLC has exclusively licensed Ethicon Endo-Surgery, Inc. to sell products in the United States that would infringe the 770 Patent absent a license. Ethicon Endo-Surgery, Inc. has exclusively sublicensed that right to Ethicon US, LLC.  A true and correct copy of the 770 Patent is attached hereto as Exhibit E.

19.20.   The 969 Patent is titled "Drive Interface for Operably Coupling a Manipulatable Surgical Tool to a Robot," and was issued by the USPTO on July 9, 2013. Ethicon LLC is the owner by assignment of the entire right, title and interest in and to the 969 Patent. Ethicon LLC has exclusively licensed Ethicon Endo-Surgery, Inc. to sell products in the United States that would infringe the 969 Patent absent a license. Ethicon Endo-Surgery, Inc. has exclusively sublicensed that right to Ethicon US, LLC. A true and correct copy of the 969 Patent is attached hereto as Exhibit F.

## Surgical Staplers and Endocutters

20.21.   Ethicon designs and sells a variety of surgical stapling instruments, including endocutters.  An endocutter is an instrument that both cuts and staples tissue.  An endocutter can be used in place of traditional scalpel-and-suture techniques, and is therefore useful in a wide variety of surgical procedures.  Endocutters are particularly useful in laparoscopic surgery (also referred to as minimally invasive surgery).

21.22.   Ethicon is a market leader in developing endocutter technology.  Ethicon introduced its first endocutter in 1996.  In 2011, Ethicon introduced to the market its first motor-powered endocutter—the ECHELON FLEX™ Powered ENDOPATH® Stapler.  Ethicon's motor-powered endocutters dramatically reduce the force required to operate an endocutter, thereby minimizing unwanted movement of the device during procedures that could result in increased

tissue trauma.  In 2014, Ethicon introduced its ECHELON FLEX™ Stapler with Gripping Surface Technology (GST), which greatly reduces tissue slippage while firing the stapler.

22.23.  Ethicon designs, manufactures, and sells several endocutter products, including both powered and non-powered endocutters.  In addition, Ethicon offers endocutter products that produce staple lines of different lengths.  For example, the ECHELON FLEX™ Powered Vascular Stapler produces a staple line that is approximately 35 mm long, and is designed for use in vascular applications.  Ethicon's ECHELON FLEX™ Powered ENDOPATH® Stapler is offered in models that produce a 45 mm or 60 mm staple line, and can be used in a variety of surgeries, including but not limited to thoracic, bariatric, and colorectal procedures.  Ethicon's 60 mm staple line endocutter products are the market leader for use in bariatric procedures.

23.24.  Defendants first released an endocutter, the *EndoWrist* Stapler 45, for the *da Vinci Si* surgical system in 2013.  Defendants subsequently released an *EndoWrist* Stapler 45 and *EndoWrist* Stapler 30 for the *da Vinci X* and *Xi* surgical system.  These products are the subject of a patent infringement action between Ethicon and Defendants pending in this Court (C.A. No. 17-871 (LPS) (CJB)).  In July 2018, Defendants received FDA clearance to market the SureForm 60, which is a 60mm endocutter, in the United States for the *da Vinci X* and *Xi* surgical system.  Upon information and belief, Defendants are currently making, using, offering for sale and selling the SureForm 60 in the United States.  *See* https://www.intuitivesurgical.com/davinci-sureform-60/.

### Background of the Accused Products

24.25.  **Da Vinci Surgical Systems.**  Defendants make, use, sell, offer for sale, and/or import products under the *da Vinci* Surgical System brand that includes surgical instrument technology.  These products include, but are not limited to, the *da Vinci X* and *Xi* Surgical Systems, and other similar products that include the infringing features.

6

25.26.  **SureForm 60 and SureForm 60 reloads.**  Upon information and belief, Defendants make, use, sell, offer for sale, and/or import the SureForm 60 endocutter in the United States. Defendants describe the SureForm 60 as a device that "when used with the compatible SureForm 60 reloads, delivers multiple rows of staples and transects the tissue along the middle of the staple line."  *da Vinci Xi* and *da Vinci X* SureForm 60 User Manual Addendum (hereinafter "SureForm 60 Manual") at 9.

26.27.  The Accused SureForm 60, alone or in combination with the *da Vinci Xi* and *X* Surgical Systems, infringes the Asserted Patents.  As a result of Defendants' infringement and the threat of its continued infringement, Ethicon faces a substantial risk of irreparable harm.

### Count I – Infringement of the 369 Patent

27.28.  Ethicon incorporates by reference the allegations in paragraphs 1-26 27 above.

28.29.  Claim 22 of the 369 Patent states as follows:

22. A surgical end effector, comprising:

an elongate channel including a bottom including a proximal end and a distal end, the elongate channel being configured to operably support a staple cartridge therein;

a firing element configured to translate between a first position adjacent the proximal end of the bottom of the elongate channel and an ending position adjacent the distal end of the bottom of the elongate channel, the firing element including a vertical portion and at least one laterally extending lower foot;

an internal passage extending within the elongate channel and configured to receive the at least one laterally extending lower foot when the firing element moves between the first position and ending position;

a proximal channel opening through the proximal end of the bottom of the elongate channel to facilitate viewing of the firing element therethrough when the firing element is in the first position, the proximal channel opening sized to receive therein the at least one laterally extending lower foot on the firing element; and

means for guiding the at least one lower foot on the firing element out of the proximal channel opening into the internal passage upon initial application of a firing motion to the firing element.

29.30.  ~~Upon information and belief,~~ Defendants directly infringe at least claim 22 of the 369 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, selling, offering to sell, using, and/or importing the SureForm 60 and SureForm 60 Reloads for use with the *da Vinci X* and *Xi* surgical systems.

30.31.  The SureForm 60 includes a surgical end effector.  The end effector includes a reload channel that has a proximal end and a distal end and the reload channel is configured to operably support a SureForm 60 Reload, which is a staple cartridge.



*Figure 1.2 Stapler (reload installed)*

SureForm 60 Manual at p. 11



4.  With the retainer in place, hold the reload by the distal (tapered) end (Figure 2.2).

*Figure 2.2 Reload with staple retainer in place*

SureForm 60 Manual at p. 15

8

31.32.  The SureForm 60 includes an I-beam, which is a firing element configured to translate between a first position adjacent the proximal end of the bottom of the reload channel and an ending position adjacent the distal end of the elongate channel.



SureForm 60 Manual at p. 11

32.33.  Upon information and belief, tThe I-beam includes a vertical portion and at least one laterally extending lower foot, and the SureForm 60 includes an internal passage extending within the reload channel to receive at least one laterally extending foot of the I-beam when the I-beam moves between a first position and an ending position.



https://www.intuitivesurgical.com/davinci-sureform-60/

33.34.  The SureForm 60 includes a proximal channel opening through the proximal end of the elongate channel to facilitate viewing of the I-beam therethrough when the I-beam is in the first position, and the proximal channel opening is sized to receive therein the at least one laterally extending lower foot of the I-beam.



Figure 3.11 Check I-Beam Position

SureForm 60 Manual at p. 34

34.35.  Upon information and belief, tThe SureForm 60 includes means for guiding the at least one lower foot on the I-beam out of the proximal channel opening into the internal passage upon initial application of a firing motion.

35.36.  Defendants' infringement of the 369 Patent has injured Ethicon in its business and property rights.  Ethicon is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. ¶ 284 in an amount to be determined at trial.

36.37.  Defendants' infringement of the 369 Patent has caused irreparable harm to Ethicon and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

## Count II – Infringement of the 749 Patent

37.38.  Ethicon incorporates by reference the allegations in paragraphs 1-26 27 above.

38.39.  Claim 1 of the 749 Patent states as follows:

1. A surgical instrument, comprising:

a handle assembly;

an end effector for performing a surgical operation, said end effector operably coupled to said handle assembly and operably supporting a firing member that is movable from a retracted position to a fired position in response to a longitudinal firing motion applied thereto;

a firing drive supported by said handle assembly and configured to selectively generate said longitudinal firing motion upon actuation of a firing trigger operably coupled to said handle assembly; and

a retraction assembly supported by said handle assembly and interfacing with said firing drive such that manual actuation of said retraction assembly causes said firing drive to generate a sole retraction motion which is communicated to said firing member to cause said firing member to move from said fired position to said retracted position.

39.40.  Upon information and belief, Defendants directly infringe at least claims 1 and 3 of the 749 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, selling, offering to sell, using, and/or importing the SureForm 60 and SureForm 60 Reloads for use with the *da Vinci X* and *Xi* surgical systems.

40.41.  The SureForm 60 used with the *da Vinci* system is a surgical instrument.

~~41.~~42.  The SureForm 60 includes a handle assembly.  For example, the SureForm 60 includes a housing that is held when using the Manual Release Knob to open the jaws and when installing the SureForm 60 onto the Instrument Arm.



1.  Before installing a reload, ensure that the stapler jaws are fully open. If jaws are closed, gently turn the Manual Release Knob in a counterclockwise direction until jaws are fully open (Figure 2.1).

*Figure 2.1* **Open the jaws with Manual Release Knob**

SureForm 60 Manual at p. 15



**Install onto Instrument Arm**

🛈 **Note: For visibility of system hardware, this section presents images of the Patient Cart arm without sterile drapes.**

Always use two hands when installing the stapler; one hand holding the jaws closed and the other supporting the housing of the stapler. Insert the instrument tip into the cannula and slide the instrument housing into the sterile adapter.

*Figure 2.6 Inserting the instrument into the cannula and sterile adapter*

SureForm 60 Manual at p. 17



SureForm 60 Brochure at p. 3

42.43.  The SureForm 60 includes an end effector for performing a surgical operation (staple and cut tissue) that is operably coupled to the handle assembly.



SureForm 60 Manual at p. 11

43.44.  The SureForm 60 includes an end effector that operably supports an I-beam that is movable from a retracted position to a fired position in response to a longitudinal firing motion applied thereto.

13



SureForm 60 Manual at p. 11

44.45.  ~~Upon information and belief, t~~The SureForm 60 includes a firing drive supported in the handle assembly for selectively generating a longitudinal firing motion upon actuation of a firing trigger operably coupled to the handle assembly.



SureForm 60 Manual at p. 19

45.46.  The SureForm 60 includes a retraction assembly supported by the handle assembly that interfaces with the I-beam such that actuation of the Manual Release Knob causes the firing

drive to generate a sole retraction motion that is communicated to the I-beam to cause the I-beam to move from the fired position to the retracted position.



Figure 3.10 Rotate the Manual Release Knob

SureForm 60 Manual at p. 33

46.47. The SureForm 60 includes a grip motion for opening and closing the jaws to grasp tissue. Upon information and belief, tThe grip motion is implemented via a drive supported in the handle assembly that generates opening and closing motions.

15

**Articulation Overview**

The stapler allows the *da Vinci* surgeon to position, clamp, and fire (simultaneously staple and cut) target tissue using the *da Vinci* System.

The stapler features fully-wristed articulation with grip, full roll and extensive up-and-down and left-to-right range of motion up to 60 degrees in each direction (Figure 1.1). First-time users should become familiar with the stapler's long jaws and their full range of motion characteristics before clinical use.

SureForm 60 Manual at p. 9

1. Position the stapler jaws across the target tissue. Load target tissue between the cut boundaries. Squeeze the hand control to grasp the target tissue. Make sure the jaws are not in contact with non-target tissue. If necessary, open the hand control to reposition the jaws before applying clamp.

SureForm 60 Manual at 19

47.48.  Upon information and belief, tThe SureForm 60 includes an elongate shaft assembly that is configured to transfer the opening and closing grip motions, firing motion, and the manual retraction motion.

48.49.  Defendants' infringement of the 749 Patent has injured Ethicon in its business and property rights.  Ethicon is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. ¶ 284 in an amount to be determined at trial.

49.50.  Defendants' infringement of the 749 Patent has caused irreparable harm to Ethicon and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

## Count III – Infringement of the 288 Patent

50.51.  Ethicon incorporates by reference the allegations in paragraphs 1-26-27 above.

51.52.  Claim 10 of the 288 Patent states as follows:

10. A surgical tool for use with a robotic system that has a tool drive assembly that is operatively coupled to a control unit of the robotic system that is operable by inputs from an operator, said surgical tool comprising:

a surgical end effector comprising at least one component portion that is selectively movable between first and second positions relative to at least one other component portion thereof; and

an elongated shaft assembly operably coupled to said surgical end effector, said elongated shaft assembly comprising:

an axially movable portion in operable communication with said at least one selectively movable component portion of said surgical end effector; and

a rotatably movable portion in operable engagement with said axially movable portion wherein an initial rotation of said rotatably movable portion causes said axially movable portion to move said selectively movable component portion of said surgical end effector from said first position into an intermediate position at a first rate, wherein a subsequent rotation of said rotatably movable portion in a same direction causes said axially movable portion to move said selectively movable component portion of said surgical end effector from said intermediate position to said second position at a second rate, and wherein said first rate is greater than said second rate.

~~52.~~53.   ~~Upon information and belief,~~ Defendants directly infringe at least claim 10 of the 288 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, selling, offering to sell, using, and/or importing the SureForm 60 and SureForm 60 Reloads for use with the *da Vinci X* and *Xi* surgical systems.

~~53.~~54.   The SureForm 60 and SureForm 60 Reloads used with the *da Vinci X* and *Xi* surgical systems is a surgical tool for use with a robotic system.  The *da Vinci X* and *Xi* surgical systems include a tool drive assembly that is operatively coupled to a control unit operable by inputs from an operator:



*Xi Patient Cart with Instrument Arms*



*Xi Surgeon Console*

17

54.55.  The SureForm 60 includes a surgical end effector that comprises a reload channel that is selectively moveable between first and second positions relative to the anvil.  The SureForm 60 also includes an elongate shaft assembly operably coupled to the surgical end effector.



SureForm 60 Manual at p. 11

55.56.  The SureForm 60 includes an axially moveable portion that comprises an I-beam, which is in operable communication with at least the reload channel of the end effector.



SureForm 60 Manual at p. 11

 

https://www.intuitivesurgical.com/davinci-sureform-60/

56.57.   Upon information and belief, tThe SureForm 60 includes a rotatably moveable portion in operable engagement with the I-beam wherein an initial rotation of the rotatably moveable portion causes the I-beam to move the reload channel from a first position into an intermediate position at a first rate to grasp tissue.

**Articulation Overview**

The stapler allows the *da Vinci* surgeon to position, clamp, and fire (simultaneously staple and cut) target tissue using the *da Vinci* System.

The stapler features fully-wristed articulation with grip, full roll and extensive up-and-down and left-to-right range of motion up to 60 degrees in each direction (Figure 1.1). First-time users should become familiar with the stapler's long jaws and their full range of motion characteristics before clinical use.

SureForm 60 Manual at p. 9

19

> 1. Position the stapler jaws across the target tissue. Load target tissue between the cut boundaries. ==Squeeze the hand control to grasp the target tissue.== Make sure the jaws are not in contact with non-target tissue. ==If necessary, open the hand control to reposition the jaws before applying clamp.==

SureForm 60 Manual at 19

~~57.~~58.   ~~Upon information and belief, a~~A subsequent rotation of the rotatably moveable portion in the same direction causes the I-beam to move the reload channel from the intermediate position to a second position at a second rate to clamp tissue.

> 2. ==Clamp: To clamp tissue, press and **hold** the associated blue pedal while holding the hand control closed.== Figure 2.10 shows on the 3D viewer and touchscreen that clamping is occurring. To complete clamping, hold down the associated blue pedal and hold the hand control closed until an audible tone sounds, and the "Ready to Fire" message is displayed (Figure 2.11). Before the audible tone sounds and the "Ready to Fire" message appears, lifting foot off the associated blue pedal or opening the hand control will cause the stapler to unclamp.

SureForm 60 Manual at p. 19

~~58.~~59.   ~~Upon information and belief, t~~The first rate of movement of the reload channel during the grip motion is greater than second rate of movement of the reload channel during the clamp motion.

~~59.~~60.   Defendants' infringement of the 288 Patent has injured Ethicon in its business and property rights.  Ethicon is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. ¶ 284 in an amount to be determined at trial.

~~60.~~61.   Defendants' infringement of the 288 Patent has caused irreparable harm to Ethicon and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

### <u>Count IV – Infringement of the 287 Patent</u>

~~61.~~62.   Ethicon incorporates by reference the allegations in paragraphs 1–~~26~~27 above.

~~62.~~63.   Claim 13 of the 287 Patent states as follows:

13. A surgical instrument, comprising:

an end effector comprising a firing element, wherein the firing element is configured to move along a firing path, and wherein the firing path comprises:

> an initial position; and

> an end-of-stroke position;

an electric motor, wherein the electric motor drives the firing element in a first direction along the firing path when the electric motor is rotated in a first rotational direction; and

a control circuit for controlling the electric motor, wherein the control circuit is configured to switch between a plurality of operational modes during rotation of the electric motor in the first rotational direction, and wherein the plurality of operational modes comprises:

> a first operational mode, wherein the control circuit operates in the first operational mode when the firing element is positioned within a first range of positions along the firing path, wherein the first range of positions is positioned between the initial position and a second range of positions, and wherein a first amount of current is supplied to the electric motor during the first operational mode; and

> a second operational mode, wherein the control circuit operates in the second operational mode when the firing element is positioned within the second range of positions along the firing path, wherein the second range of positions is positioned between the first range of positions and the end-of-stroke position, wherein a second amount of current is supplied to the electric motor during the second operational mode, and wherein the second amount of current is greater than the first amount of current.

63.64.   ~~Upon information and belief,~~ Defendants directly infringe at least claims 13 and 15 of the 287 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, selling, offering to sell, using, and/or importing the SureForm 60 and SureForm 60 Reloads for use with the *da Vinci X* and *Xi* surgical systems.

64.65.  The SureForm 60 and SureForm 60 Reloads used with the *da Vinci X* and *Xi* surgical systems is a surgical instrument.

65.66.  The SureForm 60 includes an end effector comprising an I-beam, wherein the I-beam is configured to move along a firing path, wherein the firing path comprises an initial position and an end-of-stroke position:



SureForm 60 Manual at p. 11



https://www.intuitivesurgical.com/davinci-sureform-60/

66.67.  The SureForm 60 used with the *da Vinci X* and *Xi* system includes an electric motor.  The electric motor is coupled to at least one the rotary discs to drive the I-beam in a first direction when electric motor is rotated in a first rotational direction.  The screenshots below illustrate I-beam movement in a first direction.

22






https://www.intuitivesurgical.com/davinci-sureform-60/

67.68.  ~~Upon information and belief, t~~The SureForm 60 used with the *da Vinci X* and *Xi*

system includes a control circuit for controlling the electric motor to switch between a plurality of

operational modes during rotation of the electric motor in the first rotational direction.

**Clamp and Fire Instructions**

When ready to clamp, follow these instructions:

1. Position the stapler jaws across the target tissue. Load target tissue between the cut boundaries. ==Squeeze the hand control to grasp the target tissue.== Make sure the jaws are not in contact with non-target tissue. If necessary, open the hand control to reposition the jaws before applying clamp.

2. ==**Clamp:**== To clamp tissue, press and **hold** the associated blue pedal while holding the hand control closed. Figure 2.10 shows on the 3D viewer and touchscreen that clamping is occurring. To complete clamping, hold down the associated blue pedal and hold the hand control closed until an audible tone sounds, and the "Ready to Fire" message is displayed (Figure 2.11). Before the audible tone sounds and the "Ready to Fire" message appears, lifting foot off the associated blue pedal or opening the hand control will cause the stapler to unclamp.

SureForm 60 Manual at p. 19

23

3. **Fire (Staple and Cut):** Press and hold the associated yellow pedal for three seconds to staple and cut the target tissue. The system emits an audible tone and counts down on screen **"3-2-1"** before firing starts (Figure 2.13). This provides the chance to release the associated yellow pedal during countdown and prevent firing. When the 3-2-1 countdown completes, the instrument fires; at this point, firing – both staple and cut – continues to completion even if the associated yellow pedal is released. The progress bar shows firing progress and the system plays the firing sound through both the Surgeon Console and the Patient Cart.

SureForm 60 Manual at p. 21

68.69.   ~~Upon information and belief, w~~When the I-beam is between the initial position and a second range of positions along the firing path shown in the screenshots below, the control circuit for controlling the motor operates in a first operational mode and a first amount of current is supplied to the electric motor.

 

https://www.intuitivesurgical.com/davinci-sureform-60/

69.70.   ~~Upon information and belief, w~~When the I-beam is between the second range of positions and an end-of-stroke position along the firing path shown in the screenshots below, the control circuit for controlling the motor operates in a second operational mode and a second amount of current is supplied to the electric motor, wherein the second amount of current is greater than the first amount of current.



https://www.intuitivesurgical.com/davinci-sureform-60/

70.71.  Upon information and belief, tThe control circuit controls the electric motor to rotate in a second rotational direction different from the first rotational direction to move the I-beam in a second direction along the firing path shown in the screenshots below.  The second direction (proximal) is different from the first direction (distal).



https://www.intuitivesurgical.com/davinci-sureform-60/

71.72.  Defendants' infringement of the 287 Patent has injured Ethicon in its business and property rights.  Ethicon is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. ¶ 284 in an amount to be determined at trial.

72.73.  Defendants' infringement of the 287 Patent has caused irreparable harm to Ethicon and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

### Count V – Infringement of the 379 Patent

74.     Ethicon incorporates by reference the allegations in paragraphs 1-27 above.

## Count V – Infringement of the 770 Patent

73.      Ethicon incorporates by reference the allegations in paragraphs 1-26 above.

75.      Claim 3 of the 379 Patent states as follows:

3. A stapling assembly, comprising:

a first jaw;

a second jaw, wherein said first jaw is rotatable relative to said second jaw;

a detachable cartridge portion comprising a plurality of staples;

an anvil configured to deform said staples; and

a staple firing member comprising a first cam configured to engage said first jaw and a second cam configured to engage said second jaw when said staple firing member is advanced from an initial position, and wherein said first jaw comprises a clearanced opening configured to receive said first cam when said staple firing member is in said initial position such that said first cam is not engaged with said first jaw when said staple firing member is in said initial position; and

a lockout configured to block the advancement of said staple firing member when said detachable cartridge portion is not attached to said stapling assembly.

76.      Defendants directly infringe at least claim 3 of the 379 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, selling, offering to sell, using, and/or importing the SureForm 60 and SureForm 60 Reloads for use with the *da Vinci X* and *Xi* surgical systems.

77.      The SureForm 60 and SureForm 60 Reloads used with the *da Vinci X* and *Xi* surgical systems is a stapling assembly.

**1.7 Device Description**

The SureForm 60, when used with the compatible SureForm 60 reloads, delivers multiple rows of staples and transects the tissue along the middle of the staple line. The SureForm 60 and the SureForm 60 reloads (available in various sizes) are single-use/disposable devices.

SureForm 60 Manual at p. 9

78.     The SureForm 60 includes an end effector cartridge assembly comprising an anvil configured to deform staples and a reload channel, wherein the reload channel is rotatable relative to the anvil.



*Figure 1.2 Stapler (reload installed)*

SureForm 60 Manual at p. 11

**Stapler:** The stapler includes the jaws (anvil and reload channel), shaft, and instrument housing (Figure 1.2). The functions of the stapler are initiated by the hand controls (master grips) and the associated pair of foot pedals on the Surgeon Console. The stapler provides fully-wristed articulation with grip, full roll, and extensive up-and-down and left-to-right range of motion used to position the jaws across the target tissue (Figure 1.1). Additionally, the clamp feature, which is the same motion as grip, provides higher compression on the tissue than grip before staple firing. The fire feature simultaneously activates stapling and cutting of tissue with a knife blade. The Reload Channel holds the SureForm 60 reload, and the anvil contains features that form the staples to capture tissue.

SureForm 60 Manual at p. 10

79.     The SureForm 60 includes a reload channel in which SureForm 60 Reloads are installed.  A SureForm 60 Reload is a detachable cartridge portion comprising a plurality of staples.

27

4. With the retainer in place, hold the reload by the distal (tapered) end (Figure 2.2).



*Figure 2.2 Reload with staple retainer in place*

SureForm 60 Manual at p. 15

| Table 1-2 SureForm 60 **Reload Specifications** | | | | | | | |
|---|---|---|---|---|---|---|---|
| Reload | Component Name | Part Number (PN) | Reload Length (mm) | Staple Leg Length (mm) | Closed Staple Height (mm) | Number of Staples | Total Number of Staggered Staple Rows |
| | SureForm 60 White Reload | PN 48360W | 60 | 2.5 | 1.0 | 90 | 6 |
| | SureForm 60 Blue Reload | PN 48360B | 60 | 3.5 | 1.5 | 90 | 6 |
| | SureForm 60 Green Reload | PN 48360G | 60 | 4.3 | 2.0 | 90 | 6 |
| | SureForm 60 Black Reload | PN 48360T | 60 | 4.6 | 2.3 | 90 | 6 |

SureForm 60 Manual at p. 13

80.     The SureForm 60 includes an I-beam, which is a staple firing member element comprising a first cam configured to engage the reload channel and a second cam configured to engage the anvil when the I-beam is advanced from an initial position.



SureForm 60 Manual at p. 11

81.     The SureForm 60 includes a reload channel with a clearance opening configured to receive the first cam when the I-beam is in the initial position such that the first cam is not engaged with the reload channel when the I-beam is in the initial position.





82.     The SureForm 60 includes a lockout configured to block advancement of the I-beam when a SureForm 60 Reload is not attached to the reload channel.



83.     Defendants' infringement of the 379 Patent has injured Ethicon in its business and property rights.  Ethicon is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. ¶ 284 in an amount to be determined at trial.

84.     Defendants' infringement of the 379 Patent has caused irreparable harm to Ethicon and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

## Count VI – Infringement of the 969 Patent

74.     Claim 9 of the 770 Patent states as follows:

9. A surgical fastening instrument, comprising:

an end effector cartridge assembly, comprising:

a first jaw;

a second jaw, wherein said first jaw is movable relative to said second jaw between an open position and a closed position;
a fastener cartridge body; and

a plurality of fasteners removably stored in said fastener cartridge body;

a handle comprising an actuator;

a firing member, wherein said actuator is configured to impart a firing motion to said firing member to eject said fasteners from said fastener cartridge body; and

an electronic lockout system configured to permit said actuator to apply said firing motion to said firing member when said end effector cartridge assembly is in an unlocked firable condition and to prevent said actuator from applying said firing motion to said firing member when said end effector cartridge assembly is not in said unlocked firable condition.

75.     Upon information and belief, Defendants directly infringe at least claims 9, 10 and 12 of the 770 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, selling, offering to sell, using, and/or importing the SureForm 60 and SureForm 60 Reloads for use with the *da Vinci X* and *Xi* surgical systems.

76.     The SureForm 60 and SureForm 60 Reloads used with the *da Vinci X* and *Xi* surgical systems is a surgical fastening instrument.

**1.7 Device Description**

The SureForm 60, when used with the compatible SureForm 60 reloads, delivers multiple rows of staples and transects the tissue along the middle of the staple line. The SureForm 60 and the SureForm 60 reloads (available in various sizes) are single-use/disposable devices.

SureForm 60 Manual at p. 9

77.     The SureForm 60 includes an end effector cartridge assembly comprising an anvil and a reload channel, wherein the reload channel is movable relative to the anvil between an open and a closed position.



*Figure 1.2 Stapler (reload installed)*

SureForm 60 Manual at p. 11



*Figure 1.3 Etching on jaws explained*

SureForm 60 Manual at p. 11

78.     The SureForm 60 includes a reload channel in which SureForm 60 Reloads are installed.  A SureForm 60 Reload is a fastener cartridge body in which a plurality of fasteners are stored.



SureForm 60 Manual at p. 15

| | Reload | Component Name | Part Number (PN) | Reload Length (mm) | Staple Leg Length (mm) | Closed Staple Height (mm) | Number of Staples | Total Number of Staggered Staple Rows |
|---|---|---|---|---|---|---|---|---|
| | | SureForm 60 White Reload | PN 48360W | 60 | 2.5 | 1.0 | 90 | 6 |
| | | SureForm 60 Blue Reload | PN 48360B | 60 | 3.5 | 1.5 | 90 | 6 |
| | | SureForm 60 Green Reload | PN 48360G | 60 | 4.3 | 2.0 | 90 | 6 |
| | | SureForm 60 Black Reload | PN 48360T | 60 | 4.6 | 2.3 | 90 | 6 |

**Table 1-2** SureForm 60 **Reload Specifications**

~~SureForm 60 Manual at p. 13~~

~~79.     The SureForm 60 includes a handle.  For example, the SureForm 60 includes a housing that is held when using the Manual Release Knob to open the jaws and when installing the SureForm 60 onto the Instrument Arm.~~



1.  Before installing a reload, ensure that the stapler jaws are fully open. If jaws are closed, gently turn the Manual Release Knob in a counterclockwise direction until jaws are fully open (Figure 2.1).

*Figure 2.1* ==Open the jaws with Manual Release Knob==

~~SureForm 60 Manual at p. 15~~

34



SureForm 60 Manual at p. 17



SureForm 60 Brochure at p. 3

80.      The SureForm 60 housing comprises five rotatable discs that are each an actuator.

35

81.    Upon information and belief, one of the rotatable discs imparts a firing motion on a firing member to eject fasteners from the SureForm 60 Reload installed in the reload channel.



3.  **Fire (Staple and Cut):** Press and hold the associated yellow pedal for three seconds to staple and cut the target tissue. The system emits an audible tone and counts down on screen "**3-2-1**" before firing starts (Figure 2.13). This provides the chance to release the associated yellow pedal during countdown and prevent firing. When the 3-2-1 countdown completes, the instrument fires; at this point, firing – both staple and cut – continues to completion even if the associated yellow pedal is released. The progress bar shows firing progress and the system plays the firing sound through both the Surgeon Console and the Patient Cart.

SureForm 60 Manual at p. 21

82.    Upon information and belief, the SureForm 60 stapler used with the Da Vinci surgical system comprises an electronic lockout system configured to permit a rotatable disc to apply a firing motion to the firing member when said end effector cartridge assembly is in an unlocked firable condition and to prevent said actuator from applying said firing motion to said firing member when said end effector cartridge assembly is not in an unlocked firable condition.

### 3.2 Missing or Used Reload

**Missing or Used Reload**

If during the instrument calibration sequence the system detects that a reload is not installed, a message displays (Figure 3.2).

MISSING OR USED RELOAD INSTALLED. REMOVE INSTRUMENT AND INSTALL NEW RELOAD.

⚠

3 ᴿ  REMOVE INSTRUMENT        FIRE

CLAMP

*Figure 3.2 Missing Reload message*

1.  Remove the stapler from the instrument arm.
2.  If a reload is not installed, install a reload and reinstall the stapler on the instrument arm.
3.  If the reload has already been used, discard the reload and replace with a new reload and reinstall the stapler on the instrument arm.

SureForm 60 Manual at p. 27

36



SureForm 60 Manual at p. 19

83.    Upon information and belief, the reload channel is in a closed position when the

SureForm 60 is in an unlocked firable condition.

**Clamp and Fire Instructions**
When ready to clamp, follow these instructions:

1. Position the stapler jaws across the target tissue. Load target tissue between the cut
   boundaries. Squeeze the hand control to grasp the target tissue. Make sure the jaws are
   not in contact with non-target tissue. If necessary, open the hand control to reposition
   the jaws before applying clamp.

2. **Clamp:** To clamp tissue, press and **hold** the associated blue pedal while holding the hand
   control closed. Figure 2.10 shows on the 3D viewer and touchscreen that clamping is
   occurring. To complete clamping, hold down the associated blue pedal and hold the
   hand control closed until an audible tone sounds, and the "Ready to Fire" message is
   displayed (Figure 2.11). Before the audible tone sounds and the "Ready to Fire" message
   appears, lifting foot off the associated blue pedal or opening the hand control will cause
   the stapler to unclamp.

SureForm 60 Manual at p. 19

84.    The SureForm 60 comprises a reload channel configured to receive SureForm 60

Reloads.  Upon information and belief, the SureForm 60 includes a sensor to detect whether a

SureForm 60 Reload is seated within the reload channel.



SureForm 60 Manual at p. 27

85.     Defendants' infringement of the 770 Patent has injured Ethicon in its business and property rights.  Ethicon is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. ¶ 284 in an amount to be determined at trial.

85.     Defendants' infringement of the 770 Patent has caused irreparable harm to Ethicon and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.Ethicon incorporates by reference the allegations in paragraphs 1-27 above.

86.     Claim 24 of the 969 Patent states as follows:

24. A surgical tool for use with a robotic system that has a tool drive assembly that is operatively coupled to a control unit of the robotic system that is operable by inputs from an operator and is configured to provide at least one rotary output motion to at least one rotatable body portion supported on the tool drive assembly, said surgical tool comprising:
a surgical end effector comprising at least one component portion that is selectively movable between first and second positions relative to at least one other component portion thereof in response to control motions applied to said selectively movable component portion;

an elongated shaft assembly defining a longitudinal tool axis and comprising:

a distal spine portion operably coupled to said end effector; and

38

a proximal spine portion pivotally coupled to said distal spine portion at an articulation joint to facilitate articulation of said surgical end effector about an articulation axis that is substantially transverse to said longitudinal tool axis; and

at least one gear-driven portion that is in operable communication with said at least one selectively movable component portion of said surgical end effector and wherein said surgical tool further comprises:

a tool mounting portion operably coupled to a distal end of said proximal spine portion, said tool mounting portion being configured to operably interface with the tool drive assembly when coupled thereto, said tool mounting portion comprising:

a driven element rotatably supported on said tool mounting portion and configured for driving engagement with a corresponding one of the at least one rotatable body portions of the tool drive assembly to receive corresponding rotary output motions therefrom; and

a transmission assembly in operable engagement with said driven element and in meshing engagement with a corresponding one of said at least one gear-driven portions to apply actuation motions thereto to cause said corresponding one of said at least one gear driven portions to apply at least one control motion to said selectively movable component.

87. Defendants directly infringe at least claim 24 of the 969 Patent under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents, by making, selling, offering to sell, using, and/or importing the SureForm 60 and SureForm 60 Reloads for use with the *da Vinci X* and *Xi* surgical systems.

88. The SureForm 60 is a surgical tool for use with the *da Vinci X* and *Xi* surgical system that has a tool drive assembly that is operatively coupled to a control unit that is operable by inputs from an operator and is configured to provide at least one rotary output motion to at least one rotatable body portion supported on the tool drive assembly.

**Clamp and Fire Overview**

The stapler is activated from the associated pair of Surgeon Console foot pedals by applying two controls in succession: first, the associated blue pedal applies **clamp,** which compresses the tissue; then the associated yellow pedal **fires** the instrument to staple and cut target tissue, and provide additional compression. You must clamp before firing. Activate each control as described in this section. See Figure 2.9 for reference.

SureForm 60 Manual at p. 19

**Install onto Instrument Arm**

ⓘ  **Note: For visibility of system hardware, this section presents images of the Patient Cart arm without sterile drapes.**

Always use two hands when installing the stapler; one hand holding the jaws closed and the other supporting the housing of the stapler. Insert the instrument tip into the cannula and slide the instrument housing into the sterile adapter.



*Figure 2.6 Inserting the instrument into the cannula and sterile adapter*

SureForm 60 Manual at p. 17

89.     The SureForm 60 includes a surgical end effector comprising an I-beam that is moveable between first and second positions relative at least one component portion thereof in response to control motions applied to said I-beam.



*Figure 1.3 Etching on jaws explained*

SureForm 60 Manual at p. 11

## Clamp and Fire Overview

The stapler is activated from the associated pair of Surgeon Console foot pedals by applying two controls in succession: first, the associated blue pedal applies **clamp**, which compresses the tissue; then the associated yellow pedal **fires** the instrument to staple and cut target tissue, and provide additional compression. You must clamp before firing. Activate each control as described in this section. See Figure 2.9 for reference.



*Figure 2.9 Pedal activation*

SureForm 60 Manual at p. 19

90.     The SureForm 60 includes an elongated shaft assembly defining a longitudinal axis comprising a distal spine portion coupled to the end effector and a proximal spine portion pivotally coupled to the distal spine portion at an articulation joint to facilitate articulation of the end effector about an articulation axis that is substantially transverse to the longitudinal tool axis.





**Articulation Overview**

The stapler allows the *da Vinci* surgeon to position, clamp, and fire (simultaneously staple and cut) target tissue using the *da Vinci* System.

The stapler features fully-wristed articulation with grip, full roll and extensive up-and-down and left-to-right range of motion up to 60 degrees in each direction (Figure 1.1). First-time users should become familiar with the stapler's long jaws and their full range of motion characteristics before clinical use.

SureForm 60 Manual at p. 9

91.    The SureForm 60 includes a gear-driven portion that is in operable communication with the I-beam.



92.     The SureForm 60 includes a tool mounting portion operably coupled to the distal end of the proximal spine portion and being configured to operably interface with the tool drive assembly when coupled thereto.

**Install onto Instrument Arm**

ℹ **Note: For visibility of system hardware, this section presents images of the Patient Cart arm without sterile drapes.**

Always use two hands when installing the stapler; one hand holding the jaws closed and the other supporting the housing of the stapler. Insert the instrument tip into the cannula and slide the instrument housing into the sterile adapter.



*Figure 2.6 Inserting the instrument into the cannula and sterile adapter*

SureForm 60 Manual at p. 17

43

93.    The SureForm 60 includes a tool mounting portion comprising a driven element rotatably supported on the tool mounting portion and configured for driving engagement with a corresponding one of the rotatable body portions of the tool drive assembly to receive rotary output motion therefrom.



94.    The SureForm 60 includes a tool mounting portion comprising a transmission assembly in operable engagement with the driven element and in meshing engagement with the gear-driven portion to apply actuation motions thereto to cause the gear-driven portion to apply a control motion to the I-beam.



95.    Defendants' infringement of the 969 Patent has injured Ethicon in its business and property rights.  Ethicon is entitled to recovery of monetary damages for such injuries pursuant to 35 U.S.C. ¶ 284 in an amount to be determined at trial.

86.96.  Defendants' infringement of the 969 Patent has caused irreparable harm to Ethicon and will continue to cause such harm unless and until their infringing activities are enjoined by this Court.

**PRAYER FOR RELIEF**

87.97.  Plaintiffs respectfully request the following relief from this Court:

(a)    Judgment that Defendants have infringed one or more claims of the 369 Patent;

(b)    Judgment that Defendants have infringed one or more claims of the 749 Patent;

(c)    Judgment that Defendants have infringed one or more claims of the 288 Patent;

(d)    Judgment that Defendants have infringed one or more claims of the 287 Patent;

45

(e)    Judgment that Defendants have infringed one or more claims of the 770 379 Patent;

(e)(f)   Judgment that Defendants have infringed one or more claims of the 969 Patent;

(f)(g)   Entry of a preliminary and a permanent injunction against Defendants and those in privity with them and those acting in concert with them against further infringement of the 369, 749, 288, 287, 379 and 770 969 Patents;

(g)(h)   An award to Plaintiffs of damages adequate to compensate them for all infringement occurring through the date of judgment, with prejudgment interest, and for any supplemental damages as appropriate and post-judgment interest after that date;

(h)(i)   A finding that this action for infringement is an exceptional case under 35 U.S.C. § 285 and an award to Plaintiffs of reasonable counsel fees and costs; and

(i)(j)   An award of such other and further relief as the Court may deem just and proper.

### DEMAND FOR TRIAL BY JURY

88.98.  Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury of all issues so triable.

Dated: March 12, 20182019                     Respectfully submitted,

                                              MORRIS NICHOLS ARSHT & TUNNELL LLP

OF COUNSEL:                          By:  */s/ Jack B. Blumenfeld*
                                          Jack B. Blumenfeld (#1014)
Elizabeth Stotland Weiswasser              Brian P. Egan (#6227)
Anish R. Desai                             1201 N. Market Street
WEIL GOTSHAL & MANGES LLP                  Wilmington, DE 19899
767 Fifth Avenue                           Tel: (302) 658-9200
New York, NY 10153                         jblumenfeld@mnat.com
Tel: (212) 310-8000                        began@mnat.com
elizabeth.weiswasser@weil.com

46

anish.desai@weil.com

Diane P. Sullivan
WEIL GOTSHAL & MANGES, LLP
17 Hulfish St
Suite 201, Princeton, NJ 08542
diane.sullivan@weil.com

Christopher T. Marando
Christopher M. Pepe
Matthew D. Sieger
WEIL GOTSHAL & MANGES, LLP
2001 M Street, N.W., Suite 700
Washington, D.C. 20036
Tel: (202) 682-7000
christopher.marando@weil.com
christopher.pepe@weil.com
matthew.sieger@weil.com